IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 DEC -9 PM 5: 33

THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF TN MEMPHIS

United States of America,

    Plaintiff,

vs.

Civil No. 05-2831 Ma P

One 2004 Polaris 700 Sportsman,
VIN 4XACH68A24A016570, with
All Appurtenances and Attachments Thereon,

One 2004 Polaris 700 Sportsman,
VIN 4XACH68A84A079351, with
All Appurtenances and Attachments Thereon,

One 2004 Polaris 700 Sportsman,
VIN 4XACH68A94A049405, with
All Appurtenances and Attachments Thereon,

    Defendants.

## ORDER

Pursuant to a complaint filed by the United States on November 7, 2005, seeking the forfeiture of One 2004 Polaris 700 Sportsman, VIN 4XACH68A24A016570, with All Appurtenances and Attachments Thereon, One 2004 Polaris 700 Sportsman, VIN 4XACH68A84A079351, with All Appurtenances and Attachments Thereon, and One 2004 Polaris 700 Sportsman, VIN 4XACH68A94A049405, with All Appurtenances and Attachments Thereon, under the provisions of 21 U.S.C. §881(a)(6) and 18 U.S.C. §981(a)(1)(A), it is hereby ORDERED:

    1.    That the United States Marshal for this district will seize the defendant conveyances and hold said conveyances subject to the further orders of this Court;

    2.    That the United States Marshal will serve a copy of the complaint on all known claimants to the defendant conveyances including, without limitation, Charles Price, Anita L. Price,



and Tony L. Axam, Esq., attorney for Charles Price;

3. That the United States Marshal will advertise in the <u>Daily News</u>, Memphis, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant conveyances were seized by the Drug Enforcement Administration on May 17, 2005 in Olive Branch, Mississippi, from Charles Price; that a Complaint for Forfeiture has been filed pursuant to 21 U.S.C. §881(a)(6) and 18 U.S.C. §981(a)(1)(A); and that any parties claiming any interest in the said property must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

4. The Marshal may use the attached legal notice in the advertisement.

ENTERED: This _9th_ day of _December_, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02831 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT